**From:** janice guzman <janusmg@hotmail.com>
**Date:** June 7, 2016 at 12:31:42 PM EDT
**To:** Employment Filing Team <employmentfiling@adr.org>
**Subject: RE: Janice Nadeau V. Equity Residential - Case 01-16-0001-8668**

Have they at all responded ? What can i do to help?

---

From: EmploymentFiling@adr.org
To: janusmg@hotmail.com
Subject: RE: Janice Nadeau V. Equity Residential - Case 01-16-0001-8668
Date: Fri, 3 Jun 2016 20:43:20 +0000

Good Afternoon,

We are still waiting for the respondent's portion of the filing fee. We have asked they remit their portion by June 6, 2016. We will notify you after that date if payment has still not been received.

Thank you



**Employment Filing Team**

American Arbitration Association

T: 856 679 4610  E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** janice guzman [mailto:janusmg@hotmail.com]
**Sent:** Friday, June 03, 2016 4:41 PM
**To:** Employment Filing Team
**Subject:** RE: Janice Nadeau V. Equity Residential - Case 01-16-0001-8668

what is the status on this

, what do you need me to do

---

From: Employmentfiling@adr.org
To: janusmg@hotmail.com
Subject: Janice Nadeau V. Equity Residential - Case 01-16-0001-8668
Date: Sat, 21 May 2016 12:55:05 -0400

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**Employment Filing Team**

American Arbitration Association

T: 856 679 4610   E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.