Equity Residential
*how home should feel*

Equity Residential
1500 Massachusetts Avenue NW
Suite 25
Washington, DC 20005

EquityApartments.com

June 10, 2016

Janice Nadeau
573 Park Avenue
Yonkers, NY 10703

Dear Ms. Nadeau,

The purpose of this letter is to confirm that your employment with Equity Residential ended effective June 10, 2016 due to Violation of Company Policy. Your employee health benefits will terminate on June 30, 2016.
Should you need more information, please feel free to reach out to me at (202) 971-7089 or karrington@eqr.com.

Sincerely,

Kate Arrington
HR Representative