**From:** AOL <champagne3012@aol.com>
**Date:** June 23, 2016 at 7:55:13 PM EDT
**To:** Lisa Leib <lleib@eqr.com>
**Subject: Re: Your claim filed in the AAA**

Thank you for your concern I am very aware what the AAA role will be and I want to resolve with a mediation and that unbiased third party case manager there to reach a sound agreement .Unfortunately I can't trust any offer from equity with out having mediation. Below is the exact clause I was sent when I reached out yet again . Thank you ! For reaching out and staying in communication with me I truly do appreciate it

Mediation is a meeting among disputants, their representatives, and a mediator to discuss settlement The mediator's role is to help the disputants explore issues, needs, and settlement options The mediator may offer suggestions and point out issues that the disputants may have overlooked, but resolution of the dispute rests with the disputants themselves.


Sent from my iPhone

On Jun 23, 2016, at 5:13 PM, Lisa Leib <lleib@eqr.com> wrote:

The AAA does not represent you.  They are a neutral third-party that will adjudicate this case.  You should talk to them to make sure you understand their role.  If you want representation for this case you will have to find your own attorney.


Lisa C. Leib
Vice President-Legal
Equity Residential
2 N. Riverside Plaza
Suite 400
Chicago, IL  60606
Direct  Dial 312-928-7452
Facsimile 312-454-0438

This message contains confidential information that has been prepared in
consultation with and at the direction of legal counsel for Equity
Residential and is protected by the attorney-client privilege and/or work
product  doctrine.  It is intended only for the identified recipients and
should be forwarded to no one else.  If you receive this message in error,
you must destroy it.  Distribution or copying of this message or any part
of it is strictly prohibited.

On Thu, Jun 23, 2016 at 4:09 PM, <champagne3012@aol.com> wrote:
I'm saying that under the circumstances, I don't feel comfortable agreeing to a number without representation.

1

Sent from my iPhone

On Jun 23, 2016, at 4:35 PM, Lisa Leib <lleib@eqr.com> wrote:

Are you saying you do not have any number that you would settle this case for before we go forward in the AAA? I just want to make sure I understand your position. Thanks, Lisa


Lisa C. Leib
Vice President-Legal
Equity Residential
2 N. Riverside Plaza
Suite 400
Chicago, IL  60606
Direct  Dial 312-928-7452
Facsimile 312-454-0438

This message contains confidential information that has been prepared in consultation with and at the direction of legal counsel for Equity Residential and is protected by the attorney-client privilege and/or work product  doctrine.  It is intended only for the identified recipients and should be forwarded to no one else.  If you receive this message in error, you must destroy it.  Distribution or copying of this message or any part of it is strictly prohibited.

On Thu, Jun 23, 2016 at 3:26 PM, <champagne3012@aol.com> wrote:
at this point I prefer to have everything documented and addressed through AAA.

Sent from my iPhone

On Jun 23, 2016, at 10:02 AM, Lisa Leib <lleib@eqr.com> wrote:

What is your counter offer?

On Jun 23, 2016, at 8:59 AM, "champagne3012@aol.com" <champagne3012@aol.com> wrote:

No thank you please pay AAA

Sent from my iPhone

On Jun 22, 2016, at 8:12 PM, Lisa Leib <lleib@eqr.com> wrote:

Janice,
Thanks for responding.  I have not yet heard from the AAA.  In the meantime, is there anyway to resolve this matter before I make payment to the AAA? I would settle this case  and pay you the

cost of the AAA filing (I need to double check but I think it is about $1700 before taxes, if any ) if you sign a full release of all your claims against Equity relating to your employment and a full and final dismissal of all these claims.  In other words, you would get the money instead of the AAA.  Let me know before I have to cut the check to the AAA.  Thanks, Lisa

On Jun 22, 2016, at 6:42 PM, "champagne3012@aol.com" <champagne3012@aol.com> wrote:

This point in time AAA is in co tact with you directly , I spoke to them and they are awaiting payment to start the process

Sent from my iPhone


Sent from my iPhone
On Jun 20, 2016, at 4:01 PM, Lisa Leib <lleib@eqr.com> wrote:

Hi Janice,

I am following up on our call last week in which we discussed what you were going to do with the claim you filed against Equity in the American Arbitration Association.  In our conversation, you indicated that you wanted to speak to the AAA representative and that you would get back to me.  Can you contact me so we can discuss this claim again and see if there is a way to get it resolved?

Thanks, Lisa

Lisa C. Leib
Vice President-Legal
Equity Residential
2 N. Riverside Plaza
Suite 400
Chicago, IL  60606
Direct  Dial 312-928-7452
Facsimile 312-454-0438

This message contains confidential information that has been prepared in consultation with and at the direction of legal counsel for Equity Residential and is protected by the attorney-client privilege and/or work product  doctrine.  It is intended only for the identified recipients and should be forwarded to no one else.  If you receive this message in error, you must destroy it.  Distribution or copying of this message or any part of it is strictly prohibited.