

1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (856) 435-6401

July 18, 2016

Janice Nadeau
573 Park Avenue
Yonkers, NY 10703
Via Email to: janusmg@hotmail.com

Lisa C. Leib, Esq.
Equity Residential Properties Management
2 North Riverside Plaza
Suite 400
Chicago, IL 60606
Via Email to: lleib@eqr.com

Case Number: 01-16-0001-8668

Janice Nadeau
-vs-
Equity Residential


Dear Parties:

The employer has failed to submit payment as requested in accordance with our Employment Arbitration Rules for disputes arising out of employer-promulgated plans; accordingly, we have administratively closed our file on this matter. Any filing fees received from the employee will be refunded under separate cover.

Because the employer has failed to comply with the Employment Arbitration Rules and the Employment Due Process Protocol, we will decline to administer any future employment matter involving respondent. We ask that respondent remove our name from its arbitration agreements so there is no confusion to the public.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system.  Such electronic documents may not constitute a complete case file.  Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions and we will be happy to assist you.

Sincerely,

Employment Filing Team
Employmentfiling@adr.org
(856) 679-4670

cc:
Ana Ochoa