UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JANICE NADEAU, individually and on behalf of all others similarly situated,

        Plaintiff,

   v.                                  INDEX NO.: 7:16-CV-07986-VLB-LMS

EQUITY RESIDENTIAL PROPERTIES
MANAGEMENT CORPORATION,

        Defendant.
-------------------------------------------------------X

## REPLY AFFIRMATION OF AMY J. TRAUB, ESQ.

AMY J. TRAUB, hereby affirms under penalty of perjury as follows:

1.    I am an attorney admitted to practice in, among other courts, the court of the State of New York, and am a partner with the law firm of Baker & Hostetler, LLP, counsel for Defendant Equity Residential Properties Management Corporation ("Defendant") in this action. As such, I am fully familiar with the facts and circumstances set forth herein. I submit this Reply Affirmation in further support of Defendant's Motion to Compel Arbitration.

2.    Attached hereto as Exhibit A is a true and correct copy of the arbitration demand that Plaintiff Janice Nadeau ("Plaintiff") submitted to the American Arbitration Association ("AAA"), undated, which demand is specifically referenced by Plaintiff in her Opposition to Defendant's Motion to Compel Arbitration.

3.    Attached hereto as Exhibit B is a true and correct copy of a December 2, 2016 email from the AAA to Plaintiff and Defendant regarding arbitration.

Dated: New York, New York
       January 6, 2017

                                                    _/s/ Amy J. Traub_____