EXHIBIT A

 **AMERICAN ARBITRATION ASSOCIATION**®

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☒
There is no additional administrative fee for this service.

### Parties (Claimant)

| Name of Claimant: Janice Nadeau | Representative's Name (if known): |
|---|---|
| Address: 573 Park ave<br>Yonkers, New York 10703 | Firm (if applicable): |
| | Representative's Address: |

| City: Yonkers | State: NY | Zip Code: 10703 | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| Phone No.: 914-659-0013 | Fax No.: | | Phone No.: | Fax No.: | |
| Email Address: Janusma@hotmail.com | | Email Address: | | | |

### Parties (Respondent)

| Name of Respondent: Equity Residential | Representative's Name (if known): |
|---|---|
| Address: 2 North Riverside Plaza<br>Suite 400 | Firm (if applicable): |
| | Representative's Address: |

| City: Chicago | State: IL | Zip Code: 60606 | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| Phone No.: 312-474-1300 | Fax No.: | | Phone No.: | Fax No.: | |
| Email Address: | | Email Address: | | | |

Claim: What was/is the employee's annual wage range? ☒ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

| Amount of Claim: | Claim involves: ☐ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights |
|---|---|

In detail, please describe the nature of each claim. You may attach additional pages if necessary: Recieved a formal "write up" (conseling) because my language used in a text, after my manager while I was off, texted me first to explain I had to go to what she said was a mandatory outing.

Other Relief Sought: ☐ Attorneys Fees ☐ Interest ☒ Arbitration Costs ☐ Punitive/Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute: Saavy with labor laws; in NYC.

| Hearing: Estimated time needed for hearings overall: | hours or | days |
|---|---|---|

Hearing Locale: ☐ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☐ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules)*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts
Amount Tendered:

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

| Signature (may be signed by a representative): | Date: |
|---|---|

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185.