# EXHIBIT B



Lisa Leib <lleib@eqr.com>

---

# RE: Janice Nadeau V. Equity Residential - Case 01-16-0001-8668
1 message

---

**Employment Filing Team** <EmploymentFiling@adr.org>  Fri, Dec 2, 2016 at 12:51 PM
To: "janusmg@hotmail.com" <janusmg@hotmail.com>, "champagne3012@aol.com" <champagne3012@aol.com>
Cc: "lleib@eqr.com" <lleib@eqr.com>

Good Afternoon,

The AAA has not received a response from the claimant regarding our October 27, 2016, correspondence. That correspondence asked if the claimant was interested in re-opening this matter. Please note this matter will remain closed without prejudice. Should the parties wish to proceed with administration of this dispute please contact this address while referencing the above Case #.

Thank you



### Employment Filing Team

American Arbitration Association

T: 856 679 4610   E: EmploymentFiling@adr.org
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.