UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JANICE NADEAU, Individually and on behalf of :
all others similarly situated, :
              Plaintiff, :
               :
v. :
               :
EQUITY RESIDENTIAL PROPERTIES :
MANAGEMENT CORPORATION, :
              Defendant. :
--------------------------------------------------------------x



**ORDER**

16 CV 7986 (VB)

      For the reasons stated on the record at a conference attended by plaintiff's counsel in person and defense counsel via telephone, defendant's motion to strike class and collective action allegations under Rule 23(d)(1)(D) is DENIED WITHOUT PREJUDICE to renewal after the discovery period discussed below.

      The Clerk is instructed to terminate the motion. (Doc. #40).

      By August 11, 2017, counsel shall submit a joint letter regarding a discovery schedule for the purpose of determining the existence and/or enforceability of potential class members' arbitration agreements and class- and collective-action waivers.

Dated: July 28, 2017
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge