UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JANET NADEAU, individually and on behalf of  :
all others similarly situated,                              :
               Plaintiff,                                   :
                                                :   **ORDER**
v.                                                                       :
                                                :   16 CV 7986 (VB)
EQUITY RESIDENTIAL PROPERTIES         :
MANAGEMENT CORPORATION,              :
               Defendant.                              :
--------------------------------------------------------------x

       On April 16, 2018, the parties in this Fair Labor Standards Act case filed a joint application for approval of their settlement agreement, consisting of a detailed letter explaining the agreement, and attaching the proposed settlement agreement itself, for approval by the Court, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  (Doc. #68).

       The Court has considered the following factors: (i) the parties' position as to the proper valuation of plaintiff's claims; (ii) the risks and costs of continuing to litigate a class action; (iii) that plaintiff is represented by counsel; and (iv) that the release of claims and confidentiality provisions are mutual.

       The Court finds that the settlement is fair and reasonable, and the product of arm's-length negotiation, not fraud or collusion.  Moreover, the Court finds the attorney's fees to be fair and reasonable under the circumstances, as the fees requested amount to less than 6% of the lodestar in this case.

       Accordingly, the parties' settlement agreement (Doc. #68-1) is hereby APPROVED.

       It is hereby ORDERED that this action is dismissed.

       The Clerk is instructed to close this case.

Dated: April 17, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge